IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| FRANK J. HORA, *et al.*, | : | CASE NO. 3:22-cv-00326-MJN-PBS |
| Plaintiffs, | : | (Judge Michael J. Newman) (Magistrate Judge Peter B. Silvain, Jr.) |
| v. | : | |
| PERRY TOWNSHIP, *et al.*, | : | |
| Defendants. | : | |

**ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME**

This matter comes before the Court upon the Joint Motion for Extension of Time ("Motion"). (Doc. #22).  For good cause shown, the Motion (Doc. #22) is **GRANTED**.

**IT IS THEREFORE ORDERED** that all deadlines in the Preliminary Pretrial Conference Order (Doc #21) be extended by two months as follows:

| | EVENT | CURRENT DEADLINE | NEW DEADLINE |
|---|---|---|---|
| 1. | Motions to amend the pleadings or to add parties: | **December 4, 2023** | **February 5, 2024** |
| 2. | Motions directed to the pleadings: | **December 4, 2023** | **February 5, 2023** |
| 3. | Lay witness disclosures: | **December 1, 2023** | **February 1, 2024** |
| 4. | Primary expert designations: | **January 12, 2024** | **March 12, 2024** |
| 5. | Rebuttal expert designations: | **February 19, 2024** | **April 19, 2024** |
| 6. | Discovery cut-off: | **March 9, 2024** | **May 9, 2024** |
| 7. | Dispositive motions (*i.e.*, summary judgment motions): | **April 9, 2024** | **June 10, 2024** |

November 30, 2023

*s/Peter B. Silvain, Jr.*
Peter B. Silvain, Jr.
United States Magistrate Judge