UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

FRANK J. HORA, *et al.*,

    Plaintiffs,                                       Case No. 3:22-cv-326

vs.

PERRY TOWNSHIP, OHIO, *et al.*,           District Judge Michael J. Newman

    Defendants.

___

### ORDER CONDITIONALLY DISMISSING THIS CASE
___

The Court, having been advised that the parties have settled this matter, **ORDERS** that this action is hereby **DISMISSED**, provided that any party may, upon good cause shown within **sixty (60) days**, reopen the action if settlement is not consummated.

**IT IS SO ORDERED.**

January 10, 2025                                            s/*Michael J. Newman*
                                                                       Hon. Michael J. Newman
                                                                       United States District Judge