UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

FRANK J. HORA, *et al.*,

    Plaintiffs,

vs.

PERRY TOWNSHIP, OHIO, *et al.*,

    Defendants.

Case No. 3:22-cv-326

District Judge Michael J. Newman
Magistrate Judge Peter B. Silvain, Jr.
Magistrate Judge Caroline H. Gentry
(Settlement)

---

**ORDER: (1) GRANTING PLAINTIFF FRANK J. HORA'S *PRO SE* UNOPPOSED MOTION TO REOPEN THIS ACTION DUE TO SETTLEMENT ISSUES (Doc. No. 51); (2) DENYING PLAINTIFF'S *PRO SE* REQUEST TO RECUSE UNITED STATES MAGISTRATE JUDGE CAROLINE H. GENTRY FROM THIS CASE (Doc. No. 59); (3) REFERRING THIS CASE TO JUDGE GENTRY FOR A MEDIATION CONFERENCE; (4) REQUIRING JUDGE GENTRY TO ISSUE AN ORDER OR REPORT AND RECOMMENDATION, AS NECESSARY; AND (5) DENYING WITHOUT PREJUDICE AND SUBJECT TO RENEWAL DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT (Doc. Nos. 33, 34)**

---

For good cause shown, and in the absence of opposition, Plaintiff Frank J. Hora's *pro se*[1] unopposed motion to reopen this action due to settlement issues is **GRANTED**. Doc. No. 51. The Court **DENIES** Plaintiff's *pro se* request to recuse United States Magistrate Judge Caroline H. Gentry from this case. Doc. No. 59. The Court **REFERS** this case to Judge Gentry for a mediation conference to determine:

1. Did the parties settle;

2. Whether there was an enforceable settlement agreement;

3. If there was an enforceable agreement, whether sanctions should be imposed for failure to satisfy the terms of the agreement; and

---

[1] As with all *pro se* litigants, Plaintiff's documents and allegations are liberally construed in his favor. *See Erickson v. Pardus*, 551 U.S. 89, 94 (2007) (*per curiam*).

    4. Whether Plaintiff Tukens LLC's lack of counsel impacts the validity of the settlement agreement.

Judge Gentry shall issue an Order or Report and Recommendation, as necessary.  Finally, given this referral, the Court **DENIES WITHOUT PREJUDICE AND SUBJECT TO RENEWAL** Defendants' motions for summary judgment.  Doc. Nos. 33, 34.

    **IT IS SO ORDERED.**

January 16, 2026                        s/*Michael J. Newman*
                                                       Hon. Michael J. Newman
                                                       United States District Judge