UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

FRANK J. HORA, *et al.*,

Plaintiffs,

Case No. 3:22-cv-326

vs.

PERRY TOWNSHIP, OHIO, *et al.*,

Defendants.

District Judge Michael J. Newman
Magistrate Judge Peter B. Silvain, Jr.

---

**ORDER: (1) TERMINATING AS MOOT PLAINTIFF'S *PRO SE* MOTION TO VACATE THE JANUARY 10, 2025 ORDER CONDITIONALLY DISMISSING THE CASE (Doc. No. 60); AND (2) DENYING WITHOUT PREJUDICE AND SUBJECT TO RENEWAL PLAINTIFF'S *PRO SE* MOTION FOR DISQUALIFICATION OF MAGISTRATE JUDGE CAROLINE H. GENTRY AS MEDIATOR (Doc. No. 67)**

---

In this civil case, Plaintiffs bring two federal constitutional claims arising under 42 U.S.C. § 1983. Doc. No. 1 at PageID 6–7. While this case was conditionally dismissed on January 10, 2025 (Doc. No. 44), it was reopened on January 16, 2026 due to settlement concerns (Doc. No. 61). Currently pending before the Court are two *pro se* motions[1] filed by Plaintiff Frank J. Hora ("Hora"): (1) a motion to vacate the January 10, 2025 Order conditionally dismissing the case (Doc. No. 60); and (2) a motion for disqualification of Magistrate Judge Caroline H. Gentry as mediator (Doc. No. 67).

Given this Court's Order reopening this case (Doc. No. 61), the *pro se* motion to vacate is hereby **TERMINATED AS MOOT**. Doc. No. 60. Additionally, new counsel has entered an appearance on behalf of Plaintiffs, including Hora. Doc. No. 73. Accordingly, the Court **DENIES WITHOUT PREJUDICE AND SUBJECT TO RENEWAL** Hora's *pro se* motion for disqualification. Doc. No. 67.

---

[1] As with all *pro se* litigants, Plaintiff's documents are liberally construed in his favor. *See Erickson v. Pardus*, 551 U.S. 89, 94 (2007) (*per curiam*) (citing *Estelle v. Gamble*, 429 U.S. 97, 106 (1976)).

**IT IS SO ORDERED.**

August 3, 2026

s/*Michael J. Newman*
Hon. Michael J. Newman
United States District Judge