UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

FRANK J. HORA, *et al.*,

Plaintiffs,

Case No. 3:22-cv-326

vs.

PERRY TOWNSHIP, OHIO, *et al.*,

District Judge Michael J. Newman

Defendants.

---

**ORDER: (1) GRANTING PLAINTIFFS' UNOPPOSED MOTION TO STAY THE AUGUST 12, 2026 ORDER (Doc. No. 79); (2) STAYING EXECUTION OF THE AUGUST 12, 2026 ORDER (Doc. No. 77) PENDING APPEAL; AND (3) LIFTING THE CONDITIONAL DISMISSAL ORDER (Doc. No. 77)**

---

This civil case is before the Court on Plaintiffs' timely motion, made through counsel, for a stay of this Court's August 21, 2026 Order (Doc. No. 77), pending appeal. Doc. No. 79. Defendants responded and indicated that they do not oppose Plaintiffs' motion to stay. Doc. No. 82. In the August 21, 2026 Order, the Court adopted the Report and Recommendation ("R&R") of the United States Magistrate Judge, which concluded, among other things, that an enforceable settlement agreement exists between the parties. Doc. No. 69. Accordingly, the Court conditionally dismissed the case. Doc. No. 77. Plaintiffs, through counsel, filed a notice of appeal on September 9, 2026. Doc. No. 78.

The Court recognizes that, at this juncture, execution of a settlement agreement between the parties would render Plaintiffs' pending appeal moot. Given this, and the absence of any opposition by Defendants, the Court **GRANTS** Plaintiffs' motion to stay. Doc. No. 79. Accordingly, the execution of the August 12, 2026 Order is hereby **STAYED** pending the outcome of Plaintiffs' appeal. The Conditional Dismissal Order, likewise, is **LIFTED**.

**IT IS SO ORDERED.**

October 9, 2026

s/*Michael J. Newman*
Hon. Michael J. Newman
United States District Judge